```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

BANCO POPULAR DE PUERTO RICO,           )
                                        )
            Plaintiff,                  )
                                        )
            v.                          )     Civil No. 2015-75
                                        )
STEVE GARDNER a/k/a STEVE G. GARDNER    )
a/k/a STEVEN G. GARDNER; FAYE LEUNG;    )
UNITED STATES OF AMERICA, DEPARTMENT    )
OF JUSTICE; and THE BOARD OF DIRECTORS  )
OF THE PALM GARDEN CONDOMINIUM OWNERS   )
ASSOCIATION,                            )
                                        )
            Defendants.                 )
                                        )
```

**ATTORNEYS:**

**Lisa Michelle Komives, Esq.**
Dudley Topper & Feuerzeig
St. Thomas, VI
    *For Banco Popular de Puerto Rico,*

**Ronald Sharpe, USA**
**Jocelyn Hewett, AUSA**
United States Attorney's Office
St. Thomas, VI
    *For the United States,*

**Michael Fitzsimmons, Esq.**
Duensing & Casner
St. Thomas, VI
    *For the Board of Directors of the Palm Garden Condominium
    Owners Association.*

**Clive Rivers, Esq.**
Law Offices of Clive Rivers
St. Thomas, VI
    *For Faye Leung,*

**Steven Gardner**
    *Pro se.*

# ORDER

**GÓMEZ, J.**

Before the Court is the proposed Consent Judgment between the plaintiff, Banco Popular de Puerto Rico ("Banco Popular"), and the defendants, Steve Gardner a/k/a Steve G. Gardner a/k/a Steven G. Gardner ("Gardner"); Faye Leung; the United States of America, Department of Justice; and the Board of Directors of the Palm Garden Condominium Association.

The premises considered, it is hereby

**ORDERED** that the Consent Judgment, docketed at ECF No 25-1, is **APPROVED** provided that:

1. the judgment awarded to Banco Popular shall be reduced by the total amount of attorney's fees and costs sought: $8,605.93. Any award of reasonable attorney's fees and costs may only be made upon proper application to the Court, consistent with Title 5, section 541 of the Virgin Islands Code;

2. the interest awarded to Banco Popular shall be reduced proportionately to reflect the exclusion of attorney's fees and costs from the judgment;

3. only Banco Popular shall be awarded a money judgment on its debt claim;

4. notice of the Marshal's sale shall be published once a week for at least four (4) consecutive weeks prior to the sale in a newspaper regularly issued and of general circulation in the U.S. Virgin Islands, which uses newsprint; and

5. in accordance with Title 5, section 489 of the Virgin Islands Code, "[i]f, after the satisfaction of the judgment, there are any proceeds of the sale remaining, the clerk shall pay such proceeds to the judgment debtor . . . ." *Id.*; it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

**ORDERED** that all pending motions in this case are **MOOT**; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

S\_____
        **CURTIS V. GÓMEZ**
        **District Judge**